No. 91–1344. KIDWELL ET AL. *v.* TRANSPORTATION COMMUNICATIONS INTERNATIONAL UNION ET AL. C. A. 4th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇▇

No. 91–1375. GOLDBLUM *v.* FULCOMER ET AL. C. A. 3d Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇▇

No. 91–1377. YING SHEN *v.* OKLAHOMA STATE DEPARTMENT OF HEALTH. C. A. 10th Cir. Certiorari denied. ▇▇▇▇▇▇

No. 91–1384. UNION OIL COMPANY OF CALIFORNIA *v.* BATES ET AL. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇▇

No. 91–1385. UNION OIL COMPANY OF CALIFORNIA *v.* HAMILTON ET AL. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇

No. 91–1391. PATTON *v.* OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 91–1401. BOUCHARD ET AL. *v.* REGIONAL GOVERNING BOARD OF REGION V MENTAL RETARDATION SERVICES ET AL. C. A. 8th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇

No. 91–1402. BROIDA *v.* SMITH ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 91–1403. EATHERLY ET UX. *v.* SMITH COUNTY, TENNESSEE. Ct. App. Tenn. Certiorari denied. ▇▇▇▇▇▇▇

No. 91–1406. AMERICAN TRAIN DISPATCHERS ASSN. *v.* NORFOLK SOUTHERN RAILWAY CO. C. A. 4th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇

No. 91–1424. HONG KONG ISLANDS LINE AMERICA, S. A. *v.* C-ART, LTD. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇

No. 91–1427. KLINEBURGER *v.* MARITRANS OPERATING PARTNERS L. P. ET AL. Super. Ct. Pa. Certiorari denied. ▇▇▇▇▇